1  Peter M. de Jonge (Utah SBN 7184)
   Gordon K. Hill (California SBN 218999)
2  **THORPE, NORTH & WESTERN, LLP**
   8180 South 700 East, Suite 200
3  Sandy, Utah 84070
   Telephone: (801) 566-6633
4  Facsmile: (801) 566-0750

5  Mark M. Bettilyon (Utah SBN 4798)
   **RAY QUINNEY & NEBEKER P.C.**
6  36 South State Street, Suite 1400
   Salt Lake City, Utah 84145-0385
7  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543

8
   Glenn W. Peterson (California SBN 126173)
9  **MILLSTONE PETERSON & WATTS, LLP**
   *Attorneys at Law*
10 2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
11 Telephone: (916) 780-8222
   Facsimile: (916) 780-8775
12
   *Attorneys for Plaintiff CytoSport, Inc.*

13

14                    IN THE UNITED STATES DISTRICT COURT

15                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  CYTOSPORT, INC., a California corporation, | |
| 17 | ORDER OF DISMISSAL WITH PREJUDICE |
| 18         Plaintiff, | |
| 19     v. | |
| | Case No.: 2:06-CV-0842-DFL-DAD |
| 20  EXTREME LABS, INC., a Nevada corporation, and DOES 1 through 10, | |
| 21  INCLUSIVE, | |
| 22         Defendant(s). | |

23

24

Pursuant to 41(a) of the Federal Rules of Civil Procedure, pursuant to a settlement agreement entered by the parties, and good cause appearing

IT IS HEREBY ORDERED that this action is dismissed with prejudice.  The Court shall retain jurisdiction over this matter solely to enforce the terms of the parties' settlement agreement, should such enforcement be necessary.  Each party will bear its own fees and costs.

DATED this 22 day of November, 2006.

BY THE COURT:

_____
DAVID F. LEVI
United States District Judge